Electronically Filed
Kinnis Williams, Sr.
Circuit Clerk
Amanda Nelson
2025LA001110
St. Clair County
10/2/2025 2:26 PM
34721585

IN THE CIRCUIT COURT TWENTIETH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS

| | |
|---|---|
| TAHEERA SANDERS, and<br>DAVID MILLER,<br><br>    Plaintiffs,<br><br>vs.<br><br>DEONTAYE BEACH and<br>ORGANICS DISTRIBUTION LLC,<br><br>    Defendants. | )<br>)<br>)<br>)<br>) No: 2025LA001110<br>)<br>) JURY DEMANDED<br>)<br>)<br>)<br>) |

## COMPLAINT

Comes now the Plaintiffs, TAHEERA SANDERS and DAVID MILLER, by and through their attorneys, FLINT COOPER COHN THOMPSON & MIRACLE, LLC, and for their cause of action against the Defendants, DEONTAYE BEACH and ORGANICS DISTRIBUTION LLC, state as follows:

1. Plaintiff, Taheera Sanders, was at all times relevant hereto a resident of Lakeland, Florida.

2. Plaintiff, David Wilson, was at all times relevant hereto a resident of Little Rock, Arkansas.

3. Defendant, Deontaye Beach, is now and was at all times relevant hereto an adult resident of St, Louis County, Missouri with a last known mailing address of 10744 Saint Matthew Ln., Saint Ann, MO 63074.

4. Defendant, Organics Distribution, LLC, is a Missouri corporation with its principal place of business located at 39 Old Elam Ave., Valley Park, MO 63088 and has designated Stephen



L. Kling, Jr., 150 N. Meramec Avenue, Suite 400, St. Louis, MO 63105, as its agent for service of process.

5. All damages complained of herein are in the jurisdictional prerequisites of this Court and all acts complained of herein occurred in St. Clair County, Illinois.

## Facts

6. On or about September 19, 2024, Plaintiff, Taheera Sanders was operating her motor vehicle on eastbound I-64 at milepost 0.5 in the County of St. Clair, State of Illinois. Plaintiff David Miller was a passenger in the vehicle operated by Plaintiff Taheera Sanders.

7. At the same time and place, Defendant, Deontaye Beach, negligently operated a vehicle, a 2020 Peterbilt tractor-trailer, also traveling eastbound on I-64 at milepost 0.5 when the trailer of the vehicle he was operating collided with the front passenger side of the vehicle occupied by the Plaintiffs.

## Count I
## Negligence
## Deontaye Beach

8. The Plaintiff adopts and incorporates the above paragraphs as if stated verbatim herein.

9. At all times relevant herein, Defendant, Deontaye Beach, had a duty to safely operate his tractor trailer with a reasonable amount of care and prudence so as to avoid causing injuries to the public at large, including the Plaintiffs, Taheera Sanders and David Miller.

10. The Defendant, Deontaye Beach, breached his duty, was negligent, and failed to operate his tractor trailer in an ordinarily reasonable and prudent manner by committing one or more of the following negligent acts or omissions:

    a. Negligently and carelessly failed to keep a proper lookout ahead and laterally in violation of 625 ILCS 5/11-503;

    b. Negligently and carelessly failed to keep his truck under proper control in violation of 625 ILCS 5/11-503;

    c. Negligently and carelessly drove too fast for traffic conditions in violation of 625 ILCS 5/11-601;

    d. Negligently and carelessly failed to reduce speed to avoid an accident in violation of 625 ILCS 5/11-601;

    e. Negligently and carelessly failed to maintain his lane of travel in violation of 625 ILCS 5/11-709;

    f. Defendant negligently and carelessly failed to sound his horn; and

    g. Defendant operated his truck with reckless disregard for safety in violation of 625 ILCS 5/11-503.

11. That as a direct and proximate result of one or more of the foregoing negligent acts or omissions, the Defendant, Deontaye Beach, caused the Plaintiffs to sustain serious and injuries to their persons in one or more of the following respects:

    a. They were made sick, sore, lame, and disordered, and suffered extensive injuries to his body;

    b. They have had pain and suffering in the past and is reasonably certain to experience pain and suffering in the future;

    c. They have expended large sums of money for reasonable and necessary medical care, treatment, and services in the past, and will reasonably be

    expected to require expenditure of money for necessary medical treatment, and services in the future;

    d. They have suffered disability in the past and it is reasonably certain he will continue to have disability in the future;

    e. They have sustained permanent disfigurement;

    f. They have suffered, and will reasonably suffer in the future, a loss of earning capacity and/or such capacity has been seriously diminished thereby.

12. That as a direct and proximate result of one or more of the foregoing negligent acts or omissions, Defendant Deontaye Beach caused the Plaintiffs to sustain serious and permanent personal injuries, to become liable in the past and in the future for medical care and treatment for those injuries, to suffer great pain and anguish in the past and in the future, to be otherwise hindered in the performance of their day-to-day activities, to incur lost wages, to incur permanent impairment of his ability to earn, and to incur property damage.

WHEREFORE, Plaintiffs, Taheera Sanders and David Miller, respectfully pray this Honorable Court to enter judgment in their favor and against the Defendant, Deontaye Sanders, in an amount OVER FIFTY THOUSAND DOLLARS ($50,000.00) plus costs of this suit.

### Count II
### Organics Distribution LLC
### Vicarious Liability

13. The Plaintiff adopts and incorporates the above paragraphs as if stated verbatim herein.

14. At the time of the aforementioned collision, Defendant, Deontaye Beach, was acting within the course and scope of his employment with the Defendant, Organics Distribution LLC.

15. Defendant, Organics Distribution LLC is vicariously liable to the Plaintiffs for the negligence of the Defendant, Deontaye Beach, under the theories of respondeat superior, master and servant, agency, and retention of control.

WHEREFORE, Plaintiffs Taheera Sanders and David Miller respectfully pray this Honorable Court to enter judgment in their favor and against Defendant Organics Distribution LLC in an amount OVER FIFTY THOUSAND DOLLARS ($50,000.00) plus costs of this suit.

Respectfully submitted,

**FLINT COOPER COHN THOMPSON & MIRACLE, LLC**

*/s/ Gregory E.H. Smith*
Gregory E.H. Smith #6347233
222 E. Park Street, Suite 500
Edwardsville, IL 62025
618-288-4777- telephone
270-534-5305 – facsimile
PIService@flintlaw.com