Electronically Filed
Kinnis Williams, Sr.
Circuit Clerk
Amanda Nelson
2025LA001110
St. Clair County
10/2/2025 2:26 PM
34721585

**IN THE CIRCUIT COURT TWENTIETH JUDICIAL CIRCUIT**
**ST. CLAIR COUNTY, STATE OF ILLINOIS**

| | |
|---|---|
| TAHEERA SANDERS, and <br> DAVID MILLER, | ) <br> ) <br> ) |
| Plaintiffs, | ) <br> ) |
| | ) No: **2025LA001110** |
| vs. | ) <br> ) |
| DEONTAYE BEACH and <br> ORGANICS DISTRIBUTION LLC, | ) <br> ) <br> ) |
| Defendants. | ) |

<u>**ENTRY OF APPEARANCE**</u>

COME NOW Flint Cooper Cohn Thompson & Miracle, LLC, Gregory E.H. Smith as counsel for the Plaintiff Eric Delacruz and enters his appearance in the above numbered cause of action.

**FLINT COOPER COHN**
**THOMPSON & MIRACLE, LLC**

<u>*/s/ Gregory E.H. Smith*</u>
Gregory E.H. Smith #6347233
222 E. Park Street, Suite 500
Edwardsville, Illinois 62025
Phone: (618) 288-4777
Fax: (618) 205-2376
<u>PIService@flintlaw.com</u>
*Attorneys for Plaintiff*

<u>**CERTIFICATE OF SERVICE**</u>

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that a copy of the foregoing instrument was served upon Defendant with a copy of the complaint and summons as of the date noted on the return summons.

<u>*/s/ Gregory E.H. Smith*</u>

EXHIBIT

2

Electronically Filed
Kinnis Williams, Sr.
Circuit Clerk
Amanda Nelson
2025LA001110
St. Clair County
10/2/2025 2:26 PM
34721585

## IN THE CIRCUIT COURT TWENTIETH JUDICIAL CIRCUITE
## ST. CLAIR COUNTY, STATE OF ILLINOIS

TAHEERA SANDERS, and )
DAVID MILLER, )
)
    Plaintiffs, )
) No: 2025LA001110
vs. )
)
DEONTAYE BEACH and, )
ORAGANICS DISTRIBUTING LLC, )
)
    Defendants. )

## NOTICE OF ATTORNEY'S LIEN

TAKE NOTICE that, pursuant to 770 ILCS 5/1, Plaintiff's attorneys Flint Cooper Cohn Thompson & Miracle, LLC, have a statutory lien upon any and all proceeds recovered in the above-numbered cause of action. Pursuant to Illinois law, 770 ILCS 5/1, this lien shall attach to any verdict, judgment or order entered and to any money or property which may be recovered, on account of such suits, claims, demands or causes of action, from and after the time of service of this notice.

**FLINT COOPER COHN**
**THOMPSON & MIRACLE, LLC**

/s/ Gregory E.H. Smith
Gregory E.H. Smith #63473233
222 E. Park Street, Suite 500
Edwardsville, Illinois 62025
Phone: (618) 288-4777
Fax: (618) 205-2376
PIService@flintlaw.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that a copy of the foregoing instrument was served upon Defendant with a copy of the complaint and summons as of the date noted on the return summons.

/s/ Gregory E.H. Smith

Electronically Filed
Kinnis Williams, Sr.
Circuit Clerk
Amanda Nelson
2025LA001110
St. Clair County
10/2/2025 2:26 PM
34721585

**IN THE CIRCUIT COURT TWENTIETH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, STATE OF ILLINOIS**

TAHEERA SANDERS, and )
DAVID MILLER, )
  )
    Plaintiffs, )
  ) No: **2025LA001110**
vs. )
  )
DEONTAYE BEACH and, )
ORGANICS DISTRIBUTION LLC, )
  )
    Defendants. )

<u>**AFFIDAVIT REGARDING DAMAGES SOUGHT**</u>

    COMES NOW Gregory E.H. Smith of Flint Cooper Cohn Thompson & Miracle, LLC, pursuant to Illinois Supreme Court Rule 222(b), and states on their oath that the damages sought in the above captioned matter exceeds $50,000.

            **FLINT COOPER COHN
            THOMPSON & MIRACLE, LLC**

            <u>*/s/ Gregory E.H. Smith*</u>
            Gregory E.H. Smith #6347233
            222 E. Park Street, Suite 500
            Edwardsville, Illinois 62025
            Phone: (618) 288-4777
            Fax: (618) 205-2376
            <u>PIService@flintlaw.com</u>
            *Attorneys for Plaintiff*

    Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

            <u>*/s/ Gregory E.H. Smith*</u>

# SUMMONS

### IN THE STATE OF ILLINOIS, CIRCUIT COURT

☐ **Alias Summons**
*Check if this is not the 1st Summons issued for this Defendant/Respondent.*

**COUNTY:** St. Clair
           *County Where You Are Filing the Case*

*Enter the case information as it appears on your other court documents.*

**PLAINTIFF/PETITIONER OR IN RE:** Taheera Sanders and David Miller
*Who started the case.*       *First, Middle, and Last Name or Business Name*

**DEFENDANTS/RESPONDENTS:** Deontaye Beach and
*Who the case was filed against.*    Organics Distributing LLC

*First, Middle, and Last Name or Business Name*

2025LA001110
**Case Number**

## The Defendant/Respondent named above has been sued. Read this form for information about how to respond to this lawsuit. Also see page 4 for next steps.

**For the person filling out this form: Read all instructions in this box.**

This *Summons* can only be used for certain types of cases. See the *How To Serve a Summons* Instructions for more information: ilcourts.info/summons-instructions.

Check 1 if this is a 30-day summons, or check 2 if this is a date certain summons. Fill in all the information in 1 or 2.

- Use a **date certain summons** if you are asking for money of $50,000 or less or recovery of your personal property that you think the Defendant has, and for some mandatory arbitration cases. In 2, fill in your court date and how to go to court. You may get the court date when you e-file or you may need to ask the Circuit Clerk's office.

- Use a **30-day summons** for most other case types.

Complete the rest of the form with the Defendant/Respondent's information and information about the lawsuit.

**If you are suing more than 1 Defendant/Respondent,** attach an *Additional Defendant/Respondent Address and Service Information* form for **each** additional Defendant/Respondent.

## ✓ 1. 30-DAY SUMMONS

To participate in this case, you must **file** your *Appearance* and *Answer/Response* forms with the court within 30 days after you are served with this *Summons* (not counting the day of service) by e-filing or at:

Court Address: _____
      *Courthouse Street Address*

**- or -**

## ☐ 2. DATE CERTAIN SUMMONS

*Your court date is listed below. Information about getting a court date and how to attend is available from the Circuit Clerk. You can find their contact information at ilcourts.info/CircuitClerks.*

To respond to this *Summons*, you must **attend court** in one of the ways checked below on:

_____ at _____ ☐ a.m. ☐ p.m. in _____.
  *Month, Day, Year*        *Time*                  *Courtroom Number*

*Case Number:* 2025LA001110

## Going to Court for a Date Certain Summons

Court dates may be in-person, remote, or a combination of in-person and remote.

☐ **In person** at: _____
                          *Courtroom Address*                 *Courtroom Number*

☐ **Remotely** (video or telephone)

       **By video conference** at: _____
                                  *Video Conference Website*

           Log-in information: _____
                            *Video Conference Log-in Information, Meeting ID, Password, etc.*

       **By telephone** at: _____
                      *Call-in Number for Telephone Remote Appearance*

To find out more about remote court options:

Phone: _____    or    Website: _____
        *Circuit Clerk's Phone Number*                         *Website URL*

## 3. ADDITIONAL INFORMATION ABOUT THE LAWSUIT

a. I am asking for the following amount of money in my *Complaint/Petition*: $ _____.

                                        *(Enter 0 if you are not asking for money)*

b. I am asking for the return of tangible personal property (items in the Defendant/Respondent's possession) in my *Complaint/Petition*.

     ☐ Yes    ☐ No

## 4. DEFENDANT/RESPONDENT'S INFORMATION

a. Number of Defendants/Respondents being served:

     ☐ I am having 1 Defendant/Respondent served and their information is on this form below.

     ☑ I am having more than 1 Defendant/Respondent served. The first is listed below. I have attached *Additional Defendant/Respondent Address and Service Information* forms for the following number of additional Defendants/Respondents: 1 _____.
                                       *Number*

b. First Defendant/Respondent's **primary address/information** for service:

Name: Deontaye Beach _____
          *First, Middle, and Last Name, or Business Name*

Registered Agent's Name *(if you are serving the Registered Agent of a business)*:

_____
      *First, Middle, and Last Name*

Street Address: 10744 Saint Matthew Ln. _____
               *Street, Apt #*

City, State, ZIP: Saint Ann, MO 63074 _____
              *City*                         *State*           *Zip*

Telephone: _____    Email: _____

*Case Number:* <u>2025LA001110</u>

c.  **Second address** for this Defendant/Respondent:

☐ I do **not** have another address where the Defendant/Respondent might be found.

☐ I have another address where this Defendant/Respondent might be found. It is:

Street Address: _____
*Street, Apt #*

City, State, ZIP: _____
*City*         *State*      *Zip*

Telephone: _____ Email: _____

d.  Person who will serve your documents on this Defendant/Respondent:

☐ Sheriff in Illinois  ☑ Special process server  ☐ Licensed private detective

☐ Sheriff outside Illinois: _____
*County & State*

---

**PLAINTIFF/PETITIONER INFORMATION:**

*Enter your information below.*

Name <u>Taheera Sanders and David Miller</u>
*First, Middle and Last Name*

Registered Agent's name, if any <u>Flint Cooper LLC</u>
*First, Middle and Last Name*

Street Address <u>222 E. Park St., Suite 500</u>
*Street, Apt #*

City, State, ZIP: <u>Edwardsville, IL 62025</u>
*City*         *State*      *Zip*

Telephone: <u>(618) 205-2061</u>     Email: <u>angelaz@flintcooper.com</u>

Be sure to **check your email every day** so you do not miss important information, court dates, or documents from other parties.

---

**STOP** The Circuit Clerk and officer or process server will fill in this section.

**To be filled in by the Circuit Clerk:**

Witness this Date: <u>Denim Jackson</u>      10/6/2025

Clerk of the Court: _____

*Seal of Court*

**KINNIS WILLIAMS, SR. Circuit Clerk**

**To be filled in by an officer or process server:**

Date of Service: _____

*Fill in the date above and give this copy of the Summons to the person served.*

---

**Note to officer or process server:**

- If 1 is checked, this is a 30-day *Summons* and must be served within 30 days of the witness date.
- If 2 is checked, this is a date certain *Summons* and must be served at least 21 days before the court date, unless 3b is checked yes.
  - If 2 is checked **and** 3b is checked yes, the *Summons* must be served at least 3 days before the court date.
- Fill in the date above and give this copy of the *Summons* to the person served.
- You must also complete the attached *Proof of Service* form and file it with the court or return it to the Plaintiff.

*Case Number:* <u>2025LA001110</u>

# WHAT'S NEXT

## NEXT STEPS FOR PERSON FILLING OUT THIS FORM:

When you file a lawsuit, you must notify the person or business you are suing of the court case by having the *Summons* and Complaint or Petition delivered to them. This is called "serving" them.

File your *Summons* and Complaint or Petition with the Circuit Clerk in the county where your court case should be filed. The Circuit Clerk will "issue" the *Summons* by putting a court seal on the form.

Have the sheriff or a private process server serve the *Summons* and a copy of the Complaint or Petition on the Defendant/Respondent. You cannot serve the *Summons* yourself.

 Learn more about each step in the process and how to file in the instructions: ilcourts.info/summons-instructions.



## NEXT STEPS FOR PERSON RECEIVING THIS DOCUMENT:

**You have been sued:**
- Read all documents attached to this *Summons*.
- All documents referred to in this *Summons* can be found at ilcourts.info/forms. Other documents may be available from your local Circuit Court Clerk's office or website.
- You may be charged filing fees, but if you cannot pay them, you can file an *Application for Waiver of Court Fees (Civil)*.
- When you go to court, it is possible that the court will allow you to attend the first court date in this case in-person or remotely by video or phone. Contact the Circuit Court Clerk's office or visit the Court's website to find out whether this is possible and, if so, how to do this.

**If Section 1 on page 1 of this *Summons* is checked (30-day summons):**
- You **must** file official documents called an *Appearance* and an *Answer/Response* with the court within 30 days of the date you were served with this *Summons*.
- If you do not file an *Appearance* and *Answer/Response* on time, the judge may decide the case without hearing from you. This is called "default." As a result, you could lose the case.
- After you fill out the necessary documents, you need to electronically file (e-file) them with the court. To e-file, you must create an account with an e-filing service provider. For more information, go to ilcourts.info/efiling. If you cannot e-file, you can get an exemption that allows you to file in-person or by mail.
- You should be notified of any future court dates.

**If Section 2 on page 1 of on this *Summons* is checked (date certain summons):**
- You **must** attend court on the date listed in Section 2 of this *Summons*.
- If you do not attend that court date, the judge may decide the case without hearing from you. This is called "default." As a result, you could lose the case.

**Need Help? ¿Necesita ayuda?**
- Call or text Illinois Court Help at 833-411-1121 or go to ilcourthelp.gov for information about going to court, including how to fill out and file documents.
- Llame o envíe un mensaje de texto a Illinois Court Help al 833-411-1121, o visite ilcourthelp.gov para obtener información sobre los casos de la corte y cómo completar y presentar formularios.
- You can also get free legal information and legal referrals at illinoislegalaid.org.
- If there are any words or terms that you do not understand, please **visit Illinois Legal Aid Online** at ilao.info/glossary. You may also find more information, resources, and the location of your local legal self-help center at: ilao.info/lshc-directory.

*Case Number:* <u>2025LA001110</u>

# PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION

IN THE STATE OF ILLINOIS, CIRCUIT COURT

☐ **Alias Summons**
*Check if this is not the 1ˢᵗ Summons issued for this Defendant/Respondent.*

**COUNTY:** <u>St. Clair</u>
*County Where You Are Filing the Case*

*Enter the case information as it appears on your other court documents.*

**PLAINTIFF/PETITIONER OR IN RE:** <u>Taheera Sanders and David Miller</u>
*Who started the case.*              *First, Middle, and Last Name or Business Name*

**DEFENDANTS/RESPONDENTS:** <u>Deontaye Beach and</u>
*Who the case was filed against.*

<u>Organics Distributing LLC</u>

*First, Middle, and Last Name or Business Name*

2025LA001110

**Case Number**

**STOP** Do not complete the rest of the form. **The sheriff or special process server will fill in the form.**
Give them one copy of this blank *Proof of Service* form for each Defendant/Respondent who will be served.

My name is _____ and I state:
*Officer/Process Server First, Middle, Last Name*

## SERVICE INFORMATION

Defendant/Respondent: _____
*First, Middle, Last Name, or Business Name*

☐ I was not able to serve the *Summons* and Complaint/Petition on the Defendant/Respondent named above.

- or -

☐ I served the *Summons* and Complaint/Petition on the Defendant/Respondent named above as follows:

☐ **Personally** on the Defendant/Respondent:
☐ Male ☐ Female ☐ Non-Binary  Approx. Age: _____ Race: _____

On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address, Unit#: _____

City, State, ZIP: _____

☐ On **someone else at the Defendant/Respondent's home** who is at least 13 years old and is a family member or lives there:
Name of person served: _____
*First, Middle, Last Name*
☐ Male ☐ Female ☐ Non-Binary  Approx. Age: _____ Race: _____

On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address, Unit#: _____

City, State, ZIP: _____
and by sending a copy to this Defendant/Respondent in a postage-paid, sealed envelope to the above

address on this date: _____.

*Case Number:* <u>2025LA001110</u>

☐ On the **Business's agent:** _____
*First, Middle, Last Name*

☐ Male ☐ Female ☐ Non-Binary  Approx. Age: _____ Race: _____

On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address, Unit#: _____

City, State, ZIP: _____

## SERVICE ATTEMPTS

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

**First Attempt:** On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address, Unit#: _____

City, State, ZIP: _____
Other information about service attempt:

_____
_____
_____

**Second Attempt:** On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address, Unit#: _____

City, State, ZIP: _____
Other information about service attempt:

_____
_____
_____

**Third Attempt:** On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.

Address, Unit#: _____

City, State, ZIP: _____
Other information about service attempt:

_____
_____
_____

---

## SIGN

I certify under 735 ILCS 5/1-109 that:

1) everything in this document is true and correct, or I have been informed or I believe it to be true and correct, and

2) I understand that making a false statement on this form is perjury and has penalties provided by law.

Your Signature */s/* _____  Print Your Name _____

You are: ☐ Sheriff in Illinois                      ☐ Special process server
         ☐ Sheriff outside Illinois: _____  ☐ Licensed private detective, license number: _____
                                 *County and State*                                              *License number*

**FEES:**
   Service and Return: $_____  Miles: $_____  Total: $_____

# ADDITIONAL DEFENDANT/RESPONDENT ADDRESS AND SERVICE INFORMATION

IN THE STATE OF ILLINOIS, CIRCUIT COURT

**COUNTY:** St. Clair

*County Where You Are Filing the Case*

*Enter the case information as it appears on your other court documents.*

**PLAINTIFF/PETITIONER OR IN RE:** Taheera Sanders and David Miller

*Who started the case.*      *First, Middle, and Last Name or Business Name*

2025LA001110

**Case Number**

**DEFENDANTS/RESPONDENTS:** Deontaye Beach and

*Who the case was filed against.*      Organics Distributing LLC

*First, Middle, and Last Name or Business Name*

---

Use this form only if you are serving more than one Defendant/Respondent. Attach this document to the *Summons.*

---

## NEXT DEFENDANT/RESPONDENT'S INFORMATION

*Enter the name and address of the next person who will be served with the* Summons.

A. Defendant/Respondent's **primary address/information** for service:

Name: Deontaye Beach

*First, Middle, and Last Name, or Business Name*

Registered Agent's Name *(if you are serving the Registered Agent of a business):*

*First, Middle, and Last Name*

Street Address 10744 Saint Matthew Ln.

*Street, Apt #*

City, State, ZIP: Saint Ann, MO 63074

*City*      *State*      *Zip*

Telephone: _____ Email: _____

B. **Second address** for this Defendant/Respondent:

☐ I do **not** have another address where the Defendant/Respondent might be found.

☐ I have another address where this Defendant/Respondent might be found. It is:

Street Address_____

*Street, Apt #*

City, State, ZIP: _____

*City*      *State*      *Zip*

Telephone: _____ Email: _____

C. Person who will serve your documents on this Defendant/Respondent:

☐ Sheriff in Illinois   ☑ Special process server   ☐ Licensed private detective

☐ Sheriff outside Illinois: _____

*County & State*

*This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts. Forms are free at ilcourts.info/forms.*

SU-AD 1506.2      Page 1 of 1      (11/24)

# SUMMONS

**IN THE STATE OF ILLINOIS, CIRCUIT COURT**

☐ **Alias Summons**
*Check if this is not the 1st Summons issued for this Defendant/Respondent.*

**COUNTY:** St. Clair
*County Where You Are Filing the Case*

*Enter the case information as it appears on your other court documents.*

**PLAINTIFF/PETITIONER OR IN RE:** Taheera Sanders and David Miller
*Who started the case.*                    *First, Middle, and Last Name or Business Name*

**DEFENDANTS/RESPONDENTS:** Deontaye Beach and
*Who the case was filed against.*
Organics Distributing LLC

*First, Middle, and Last Name or Business Name*

**2025LA001110**
**Case Number**

## The Defendant/Respondent named above has been sued. Read this form for information about how to respond to this lawsuit. Also see page 4 for next steps.

**For the person filling out this form: Read all instructions in this box.**

This *Summons* can only be used for certain types of cases. See the *How To Serve a Summons* Instructions for more information: ilcourts.info/summons-instructions.

Check 1 if this is a 30-day summons, or check 2 if this is a date certain summons. Fill in all the information in 1 or 2.

- Use a **date certain summons** if you are asking for money of $50,000 or less or recovery of your personal property that you think the Defendant has, and for some mandatory arbitration cases. In 2, fill in your court date and how to go to court. You may get the court date when you e-file or you may need to ask the Circuit Clerk's office.
- Use a **30-day summons** for most other case types.

Complete the rest of the form with the Defendant/Respondent's information and information about the lawsuit.

**If you are suing more than 1 Defendant/Respondent**, attach an *Additional Defendant/Respondent Address and Service Information* form for **each** additional Defendant/Respondent.



## ☑ 1. 30-DAY SUMMONS

To participate in this case, you must **file** your *Appearance* and *Answer/Response* forms with the court within 30 days after you are served with this *Summons* (not counting the day of service) by e-filing or at:

Court Address: __10 PUBLIC SQUARE BELLEVILLE, IL 62220__
*Courthouse Street Address*

**- or -**

## ☐ 2. DATE CERTAIN SUMMONS

*Your court date is listed below. Information about getting a court date and how to attend is available from the Circuit Clerk. You can find their contact information at ilcourts.info/CircuitClerks.*

To respond to this *Summons*, you must **attend court** in one of the ways checked below on:

_____ at _____ ☐ a.m. ☐ p.m. in _____.
*Month, Day, Year*           *Time*                                 *Courtroom Number*

*Case Number:* 2025LA001110

## Going to Court for a Date Certain Summons

Court dates may be in-person, remote, or a combination of in-person and remote.

☐ **In person** at: _____
<div style="display:flex"><em>Courtroom Address</em>      <em>Courtroom Number</em></div>

☐ **Remotely** (video or telephone)

    **By video conference** at: _____
<div><em>Video Conference Website</em></div>

    Log-in information: _____
<div><em>Video Conference Log-in Information, Meeting ID, Password, etc.</em></div>

    **By telephone** at: _____
<div><em>Call-in Number for Telephone Remote Appearance</em></div>

To find out more about remote court options:

Phone: _____    or    Website: _____
<div><em>Circuit Clerk's Phone Number</em>     <em>Website URL</em></div>

_____        _____

## 3. ADDITIONAL INFORMATION ABOUT THE LAWSUIT

a. I am asking for the following amount of money in my *Complaint/Petition*: $ _____.

           *(Enter 0 if you are not asking for money)*

b. I am asking for the return of tangible personal property (items in the Defendant/Respondent's possession) in my *Complaint/Petition*.

    ☐ Yes    ☐ No

## 4. DEFENDANT/RESPONDENT'S INFORMATION

a. Number of Defendants/Respondents being served:

    ☐ I am having 1 Defendant/Respondent served and their information is on this form below.

    ☑ I am having more than 1 Defendant/Respondent served. The first is listed below. I have attached *Additional Defendant/Respondent Address and Service Information* forms for the following number of additional Defendants/Respondents: 1_____.
<div>                                                               <em>Number</em></div>

b. First Defendant/Respondent's **primary address/information** for service:

Name: Organics Distribution LLC
<div>            <em>First, Middle, and Last Name, or Business Name</em></div>

    Registered Agent's Name *(if you are serving the Registered Agent of a business)*:

    Stephen L. Kling
<div>            <em>First, Middle, and Last Name</em></div>

Street Address: 150 N. Meramec Avenue, Suite 400
<div>                    <em>Street, Apt #</em></div>

City, State, ZIP: St. Louis, MO 63105
<div>                   <em>City</em>      <em>State</em>      <em>Zip</em></div>

Telephone: _____    Email: _____

Case Number: <u>2025LA001110</u>

c.  **Second address** for this Defendant/Respondent:

☐ I do **not** have another address where the Defendant/Respondent might be found.

☐ I have another address where this Defendant/Respondent might be found. It is:

Street Address: _____
               *Street, Apt #*

City, State, ZIP: _____
          *City*                            *State*       *Zip*

Telephone: _____  Email: _____

d.  Person who will serve your documents on this Defendant/Respondent:

☐ Sheriff in Illinois   ☑ Special process server   ☐ Licensed private detective

☐ Sheriff outside Illinois: _____
                              *County & State*

---

## PLAINTIFF/PETITIONER INFORMATION:

*Enter your information below.*

Name <u>Taheera Sanders and David Miller</u>
       *First, Middle and Last Name*

Registered Agent's name, if any <u>Flint Cooper LLC</u>
                             *First, Middle and Last Name*

Street Address <u>222 E. Park St., Suite 500</u>
            *Street, Apt #*

City, State, ZIP: <u>Edwardsville, IL 62025</u>
           *City*                          *State*      *Zip*

Telephone: <u>(618) 205-2061</u>       Email: <u>angelaz@flintcooper.com</u>

Be sure to **check your email every day** so you do not miss important information, court dates, or documents from other parties.

---

**STOP**  The Circuit Clerk and officer or process server will fill in this section.

**To be filled in by the Circuit Clerk:**

Witness this Date: _____
                   10/14/2025

Clerk of the Court: _____
                   Nora McDaniel

*Seal of Court*

KINNIS WILLIAMS, JR. Circuit Clerk

**To be filled in by an officer or process server:**

Date of Service: _____

*Fill in the date above and give this copy of the Summons to the person served.*

---

**Note to officer or process server:**

- ☉ If 1 is checked, this is a 30-day *Summons* and must be served within 30 days of the witness date.
- ☉ If 2 is checked, this is a date certain *Summons* and must be served at least 21 days before the court date, unless 3b is checked yes.
  - ▪ If 2 is checked **and** 3b is checked yes, the *Summons* must be served at least 3 days before the court date.
- ☉ Fill in the date above and give this copy of the *Summons* to the person served.
- ☉ You must also complete the attached *Proof of Service* form and file it with the court or return it to the Plaintiff.

*Case Number:* <u>2025LA001110</u>



# WHAT'S NEXT

## NEXT STEPS FOR PERSON FILLING OUT THIS FORM:

When you file a lawsuit, you must notify the person or business you are suing of the court case by having the *Summons* and Complaint or Petition delivered to them. This is called "serving" them.

File your *Summons* and Complaint or Petition with the Circuit Clerk in the county where your court case should be filed. The Circuit Clerk will "issue" the *Summons* by putting a court seal on the form.

Have the sheriff or a private process server serve the *Summons* and a copy of the Complaint or Petition on the Defendant/Respondent. You cannot serve the *Summons* yourself.



Learn more about each step in the process and how to file in the instructions: ilcourts.info/summons-instructions.

## NEXT STEPS FOR PERSON RECEIVING THIS DOCUMENT:

**You have been sued:**
- Read all documents attached to this *Summons*.
- All documents referred to in this *Summons* can be found at ilcourts.info/forms. Other documents may be available from your local Circuit Court Clerk's office or website.
- You may be charged filing fees, but if you cannot pay them, you can file an *Application for Waiver of Court Fees (Civil)*.
- When you go to court, it is possible that the court will allow you to attend the first court date in this case in-person or remotely by video or phone. Contact the Circuit Court Clerk's office or visit the Court's website to find out whether this is possible and, if so, how to do this.

**If Section 1 on page 1 of this *Summons* is checked (30-day summons):**
- You **must** file official documents called an *Appearance* and an *Answer/Response* with the court within 30 days of the date you were served with this *Summons*.
- If you do not file an *Appearance* and *Answer/Response* on time, the judge may decide the case without hearing from you. This is called "default." As a result, you could lose the case.
- After you fill out the necessary documents, you need to electronically file (e-file) them with the court. To e-file, you must create an account with an e-filing service provider. For more information, go to ilcourts.info/efiling. If you cannot e-file, you can get an exemption that allows you to file in-person or by mail.
- You should be notified of any future court dates.

**If Section 2 on page 1 of on this *Summons* is checked (date certain summons):**
- You **must** attend court on the date listed in Section 2 of this *Summons*.
- If you do not attend that court date, the judge may decide the case without hearing from you. This is called "default." As a result, you could lose the case.

**Need Help? ¿Necesita ayuda?**
- Call or text Illinois Court Help at 833-411-1121 or go to ilcourthelp.gov for information about going to court, including how to fill out and file documents.
- Llame o envíe un mensaje de texto a Illinois Court Help al 833-411-1121, o visite ilcourthelp.gov para obtener información sobre los casos de la corte y cómo completar y presentar formularios.
- You can also get free legal information and legal referrals at illinoislegalaid.org.
- If there are any words or terms that you do not understand, please **visit Illinois Legal Aid Online** at ilao.info/glossary. You may also find more information, resources, and the location of your local legal self-help center at: ilao.info/lshc-directory.

*Case Number:* <u>2025LA001110</u>

# PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION

IN THE STATE OF ILLINOIS, CIRCUIT COURT

☐ **Alias Summons**
*Check if this is not the 1ˢᵗ Summons issued for this Defendant/Respondent.*

**COUNTY:** <u>St. Clair</u>
*County Where You Are Filing the Case*

*Enter the case information as it appears on your other court documents.*

**PLAINTIFF/PETITIONER OR IN RE:** <u>Taheera Sanders and David Miller</u>
*Who started the case.*     *First, Middle, and Last Name or Business Name*

**DEFENDANTS/RESPONDENTS:** <u>Deontaye Beach and</u>
*Who the case was filed against.*

<u>Organics Distributing LLC</u>

<u>                                        </u>
*First, Middle, and Last Name or Business Name*

<u>2025LA001110</u>
**Case Number**

**STOP**   Do not complete the rest of the form. **The sheriff or special process server will fill in the form.**
Give them one copy of this blank *Proof of Service* form for each Defendant/Respondent who will be served.

My name is <u>                                                        </u> and I state:
*Officer/Process Server First, Middle, Last Name*

## SERVICE INFORMATION
Defendant/Respondent: <u>                                                        </u>
*First, Middle, Last Name, or Business Name*

☐ I was not able to serve the *Summons* and Complaint/Petition on the Defendant/Respondent named above.

- or -

☐ I served the *Summons* and Complaint/Petition on the Defendant/Respondent named above as follows:

☐ **Personally** on the Defendant/Respondent:
☐ Male ☐ Female ☐ Non-Binary  Approx. Age: <u>          </u> Race: <u>              </u>

On this date: <u>              </u>  at this time: <u>              </u>  ☐ a.m. ☐ p.m.

Address, Unit#: <u>                                                        </u>

City, State, ZIP: <u>                                                        </u>

☐ On **someone else at the Defendant/Respondent's home** who is at least 13 years old and is a family member or lives there:
Name of person served: <u>                                                        </u>
*First, Middle, Last Name*
☐ Male ☐ Female ☐ Non-Binary  Approx. Age: <u>          </u> Race: <u>              </u>

On this date: <u>              </u>  at this time: <u>              </u>  ☐ a.m. ☐ p.m.

Address, Unit#: <u>                                                        </u>

City, State, ZIP: <u>                                                        </u>
and by sending a copy to this Defendant/Respondent in a postage-paid, sealed envelope to the above

address on this date: <u>              </u>.

*Case Number:* 2025LA001110

☐ On the **Business's agent:** _____

*First, Middle, Last Name*

☐ Male ☐ Female ☐ Non-Binary  Approx. Age: _____  Race: _____

On this date: _____  at this time: _____ ☐ a.m. ☐ p.m.

Address, Unit#: _____

City, State, ZIP: _____

## SERVICE ATTEMPTS

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

**First Attempt:** On this date: _____  at this time: _____ ☐ a.m. ☐ p.m.

Address, Unit#: _____

City, State, ZIP: _____

Other information about service attempt:

_____

_____

_____

**Second Attempt:** On this date: _____  at this time: _____ ☐ a.m. ☐ p.m.

Address, Unit#: _____

City, State, ZIP: _____

Other information about service attempt:

_____

_____

_____

**Third Attempt:** On this date: _____  at this time: _____ ☐ a.m. ☐ p.m.

Address, Unit#: _____

City, State, ZIP: _____

Other information about service attempt:

_____

_____

_____

---

## SIGN

I certify under 735 ILCS 5/1-109 that:

1) everything in this document is true and correct, or I have been informed or I believe it to be true and correct, and

2) I understand that making a false statement on this form is perjury and has penalties provided by law.

Your Signature /s/_____  Print Your Name _____

You are: ☐ Sheriff in Illinois                    ☐ Special process server
         ☐ Sheriff outside Illinois: _____   ☐ Licensed private detective, license number: _____
                                    *County and State*                                                  *License number*

**FEES:**

Service and Return: $_____    Miles: $_____    Total: $_____

---

# ADDITIONAL DEFENDANT/RESPONDENT ADDRESS AND SERVICE INFORMATION
IN THE STATE OF ILLINOIS, CIRCUIT COURT

**COUNTY:** St. Clair
*County Where You Are Filing the Case*

*Enter the case information as it appears on your other court documents.*

**PLAINTIFF/PETITIONER OR IN RE:** Taheera Sanders and David Miller
*Who started the case.*          *First, Middle, and Last Name or Business Name*

2025LA001110
**Case Number**

**DEFENDANTS/RESPONDENTS:** Deontaye Beach and
*Who the case was filed against.*

Organics Distributing LLC

*First, Middle, and Last Name or Business Name*

---

Use this form only if you are serving more than one Defendant/Respondent. Attach this document to the *Summons*.

## NEXT DEFENDANT/RESPONDENT'S INFORMATION
*Enter the name and address of the next person who will be served with the* Summons.

A. Defendant/Respondent's **primary address/information** for service:

Name: Organics Distribution LLC
*First, Middle, and Last Name, or Business Name*

Registered Agent's Name *(if you are serving the Registered Agent of a business):*

Stephen L. Kling
*First, Middle, and Last Name*

Street Address 150 N. Meramec Avenue, Suite 400
*Street, Apt #*

City, State, ZIP: St. Louis, MO 63105
*City*          *State*          *Zip*

Telephone: _____    Email: _____

B. **Second address** for this Defendant/Respondent:
☐ I do **not** have another address where the Defendant/Respondent might be found.
☐ I have another address where this Defendant/Respondent might be found. It is:

Street Address _____
*Street, Apt #*

City, State, ZIP: _____
*City*          *State*          *Zip*

Telephone: _____    Email: _____

C. Person who will serve your documents on this Defendant/Respondent:
☐ Sheriff in Illinois  ☑ Special process server  ☐ Licensed private detective
☐ Sheriff outside Illinois: _____
*County & State*

Filed with the Twentieth Judicial Circuit
Kinnis Williams Sr., Clerk of the Circuit Court
St Clair County, Illinois
On October 27, 2025 at 02:34 PM by CLM
Transaction number: 109755365-01



IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS

TAHEERA SANDERS
Plaintiff/Petitioner

Vs

DEONTAYE BEACH
Defendant/Respondent

Case No.    2025 LA 001110

## INITIAL MANDATORY STATUS CONFERENCE SETTING ASSIGNMENT

Date: 12/8/2025    Time: 09:00 AM    Room: 403

The above-style case is assigned to:  HON. HEINZ RUDOLF

Counsel familiar with the case and authorized to act is ordered to appear for an Initial Mandatory Status Conference on the above date, time and courtroom pursuant to Local Rul 6.07, and Supreme Court Rule 218.

At the aforesaid conference the following shall be considered:

1. Service upon all of the parties;
2. Whether the case will be jury or no-jury;
3. The nature, issues, and complexity of the case;
4. Simplification of the issues;
5. Amendments and challenges to the pleadings;
6. Admissions of fact and documents;
7. Limitations of discovery, including but not limited to written discovery, depositions, and opinion witnesses;
8. Third parties;
9. Scheduling of settlement conferences;
10. Necessity of subsequent case management conferences;
11. Trial settings.

Office of Chief Judge

ORDER

Electronically Filed
Kinnis Williams, Sr.
Circuit Clerk
Nora McDaniel
2025LA001110
St. Clair County
10/28/2025 3:06 PM
35096790

# IN THE CIRCUIT COURT TWENTIETH JUDICIAL CIRCUIT, ST. CLAIR COUNTY, ILLINOIS

**TAHEERA SANDERS; DAVID MILLER**

*Plaintiff(s) / Petitioner(s)*

v.                                                                    Case No.: 2025LA001110

**DEONTAYE BEACH; ORGANICS DISTRIBUTION LLC**

*Defendant(s) / Respondent(s)*

## AFFIDAVIT OF SERVICE

I, De Andre Davenport, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to DEONTAYE BEACH in St. Louis County, MO on October 15, 2025 at 6:42 pm at 10744 Saint Matthew Ln, Saint Ann, MO 63074-2617 by residential substituted service by leaving the documents at the usual place of abode of DEONTAYE BEACH with Carrie Beach who is the Spouse of DEONTAYE BEACH and whose age is 13 years or older. I also mailed these documents by first class mail to DEONTAYE BEACH on October 17, 2025 to their last known address at 10744 Saint Matthew Ln, Saint Ann, MO 63074-2617.

COMPLAINT
SUMMONS
ENTRY OF APPEARANCE
AFFIDAVIT REGARDING DAMAGES SOUGHT
NOTICE OF ATTORNEY'S LIEN

White Female, est. age 35-44, glasses: N, Brown hair, 140 lbs to 160 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=38.72165,-90.3925333333
Photograph: See Exhibit 1

Total Cost: $95.00

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

Executed in

St. Louis

MO          on     10/17/2025          .

/s/ *De Andre Davenport*

Signature
De Andre Davenport
+1 (317) 777-5966



Exhibit 1a)

Electronically Filed
Kinnis Williams, Sr.
Circuit Clerk
Nora McDaniel
2025LA001110
St. Clair County
10/28/2025 3:06 PM
35096790

IN THE 20TH JUDICIAL CIRCUIT COURT OF ST. CLAIR COUNTY, ILLINOIS

**TAHEERA SANDERS; DAVID MILLER**

   *Plaintiff(s) / Petitioner(s)*

v.                                                                                    Case No.: 2025LA001110

**DEONTAYE BEACH; ORGANICS DISTRIBUTION LLC**

   *Defendant(s) / Respondent(s)*

### AFFIDAVIT OF SERVICE

I, De Andre Davenport, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to ORGANICS DISTRIBUTING LLC in St. Louis County, MO on October 15, 2025 at 2:27 pm at 39 Old Elam Ave, Valley Park, MO 63088-2022 by leaving the following documents with Anna Riley who as Clerk is authorized by appointment or by law to receive service of process for ORGANICS DISTRIBUTING LLC.

COMPLAINT
SUMMONS
ENTRY OF APPEARANCE
AFFIDAVIT REGARDING DAMAGES SOUGHT
NOTICE OF ATTORNEY'S LIEN

Additional Description:
Documents served

White Female, est. age 25-34, glasses: N, Black hair, 140 lbs to 160 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=38.543755,-90.49682
Photograph: See Exhibit 1

Total Cost: $95.00

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

Executed in

St. Louis

MO        on      10/17/2025           .

/s/ De Andre Davenport

Signature
De Andre Davenport
+1 (317) 777-5966

